JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE JOSEPH DUNLAP,<br><br>Petitioner,<br><br>v.<br><br>THE SUPERIOR COURT OF SAN BERNARDINO COUNTY, et al.,<br><br>Respondent. | No. CV 22-4290-SB (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus and this action is summarily dismissed for lack of subject matter jurisdiction.

DATED: August 18, 2022

_____
STANLEY BLUMENFELD, JR.
United States District Judge